

**IT IS ORDERED as set forth below:**

**Date: October 31, 2023**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| IN RE: | : | CASE NO. 19-41069-PWB |
| | : | |
| CHARLES PERNELL CLEARY, | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | JUDGE PAUL W. BONAPFEL |

<u>**ORDER ON DEBTOR'S MOTION FOR HARDSHIP DISCHARGE**</u>

Before the Court is the Debtor's Motion for Hardship Discharge [Document #70] (the "Motion"), which was filed and scheduled for a hearing on notice to all interested parties. The matter was called, and the hearing was held on October 18, 2023, at 10:00 a.m. The Motion was called at the Court's calendar, and there was no opposition announced by the attorney for the Trustee, and no Creditors appeared in opposition, or filed any opposition. After considering the Motion, along with the pleadings and documents filed on the docket, the Court concludes as follows:

The debtor's confirmed plan calls for a 36 month applicable commitment period (ACP) and, to date, the debtor has paid approximately $ 54,600.00 into his Chapter 13 plan over the 53 months since filing.

The only remaining claims in the case are unsecured, and the amount paid to the creditors viewed in conjunction with the amount of time relative to his ACP, is not insignificant.

Since the case was filed, the debtor has had significant medical problems causing a significant loss the income.

Due to circumstances beyond his control, no practical alternatives exist in terms of modification to the Chapter 13 plan or completion of the contemplated payments.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.


Order Prepared by:

*/s/ MICHAEL D. HURTT*
MICHAEL D. HURTT
ATTORNEY FOR DEBTOR
STATE BAR NO. 380112
215 W. Gordon Street
P.O. Box 1304
Dalton, GA  30722-1304
(706) 226-5425
mike@hurttlaw.com

Reviewed by:


*/s/ BRANDI L. KIRKLAND*
ATTORNEY FOR CHAPTER 13 TRUSTEE
STATE BAR NO. 423627
285 Peachtree Center Avenue, NE - Suite 1600
Atlanta, GA  30303
(404) 525-1110

DISTRIBUTION LIST:

Michael D. Hurtt
Hurtt & Johnson, LLC
215 W. Gordon Street
P.O. Box 1304
Dalton, GA  30722-1304

Chapter 13 Trustee
285 Peachtree Center Avenue, NE
Suite 1600
Atlanta, GA  30303

Charles Pernell Cleary
539 Carbondale Rd.
Dalton, GA  30721

Creditors on attached Address Matrix

```
Label Matrix for local noticing       Aldridge Pate  Haan, LLP          American Express
113E-4                                 PO Box 52815                      PO Box 1270
Case 19-41069-pwb                      Atlanta, GA  30355-0815           Newark, NJ  07101-1270
Northern District of Georgia
Rome
Tue Oct 31 10:51:09 EDT 2023

American Express National Bank         Atlantic Capital                 Capital One Bank (USA), N.A.
c/o Becket and Lee LLP                 3525 Piedmont Rd NE # 7           by American InfoSource as agent
PO Box 3001                            Atlanta, GA 30305-7031            4515 N Santa Fe Ave
Malvern  PA 19355-0701                                                   Oklahoma City OK 73118-7901


Capital One Bank USA N.A               Thomas C Causby                  (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy Dept.                 Morris & Dean, LLC               BANKRUPTCY MAIL INTAKE TEAM
PO Box 30285                           101 E. Crawford Street, #300     700 KANSAS LANE FLOOR 01
Salt Lake City, UT  84130-0285         Dalton, GA 30720-3208            MONROE LA 71203-4774


Citibank, N.A.                         Charles Pernell Cleary           Robert J. Fehse
Attn: Bankruptcy Dept.                 539 Carbondale Rd SW             Evans Petree
PO Box 6000                            Dalton, GA 30721-5310            Suite 800
Sioux Falls, SD  57117-6000                                             1715 Aaron Brenner Drive
                                                                        Memphis, TN 38120-1445


FirstBank                              Gateway Lending                  Gateway One Lending & Finance, LLC
Attn: Trish Brasher                    160 N Riverview Dr Ste 100       175 N Riverview Drive
PO Box 388                             Anaheim, CA  92808-2293          Anaheim, CA 92808-1225
Lexington, TN 38351-0388


(p)GEORGIA DEPARTMENT OF REVENUE       Albert Clark Guthrie             Michael D. Hurtt
COMPLIANCE DIVISION                    K. Edward Safir, Standing Chapter 13 Tru   Hurtt & Johnson, LLC
ARCS BANKRUPTCY                        Suite 1600                       P O Box 1304
1800 CENTURY BLVD NE SUITE 9100        285 Peachtree Center Ave, NE     Dalton, GA 30722-1304
ATLANTA GA 30345-3202                  Atlanta, GA 30303-1229


Internal Revenue Service               JPMorgan Chase Bank, N.A.        LVNV Funding, LLC
PO Box 7346                            s/b/m/t Chase Bank USA, N.A.     Resurgent Capital Services
Philadelphia, PA  19101-7346           c/o Robertson, Anschutz & Schneid, P.L.   PO Box 10587
                                       6409 Congress Avenue, Suite 100  Greenville, SC 29603-0587
                                       Boca Raton, FL 33487-2853


Lakeview Loan Servicing                Lakeview Loan Servicing, LLC     MRS BPO, LLC
PO Box 8068                            c/o LoanCare, LLC                1930 Olney Ave
Virginia Beach, VA  23450-8068         3637 Sentara Way                 Cherry Hill, NJ  08003-2016
                                       Virginia Beach VA 23452-4262


Jeffrey W. Maddux                      David G Mangum                   Parnell & Parnell Attorneys at Law
Chambliss, Bahner & Stophel, P.C.      David G. Mangum, Attorney at Law PO Box 2189
Liberty Tower - Suite 1700             2303 8th Avenue South            Montgomery, AL  36102-2189
605 Chestnut Street                    Nashville, TN 37204-2252
Chattanooga, TN 37450-0003


Pay Pal Credit                         Justin Plean                     K. Edward Safir
Attn: Bankruptcy Dept.                 Quintairos, Prieto, Wood, & Boyer, P.A.   Standing Chapter 13 Trustee
PO Box 5138                            1475 Centrepark Blvd, Suite 130  Suite 1600
Timonium, MD  21094-5138               West Palm Beach, FL 33401-7424   285 Peachtree Center Ave. NE
                                                                        Atlanta, GA 30303-1229
```

```
Santander Consumer USA, Inc.,          Cory Patrick Sims                    TD Auto Finance
successor in interest to               Albertelli & Whitworth, P.A.         PO Box 16035
Gateway One Lending & Finance, LLC     Suite 960                            Lewiston, ME  04243-9517
(Gateway)                              100 Galleria Parkway
P.O. Box 961245                        Atlanta, GA 30339-5947
Fort Worth, TX 76161-0244

TD Auto Finance, LLC                   TD Auto Finance, LLC                 Shannon Leigh Troutman
1715 Aaron Brenner Drive, Suite 800    C/o Robert J. Fehse, Esq.            Albertelli Law
Memphis, TN 38120-1445                 1715 Aaron Brenner Drive, Suite 800  5404 Cypress Center Drive
                                       Memphis, TN 38120-1445               Suite 300
                                                                            Tampa, FL 33609-1023


United States Attorney                 Verizon
Northern District of Georgia           by American InfoSource as agent
75 Ted Turner Drive SW, Suite 600      4515 N Santa Fe Ave
Atlanta GA 30303-3309                  Oklahoma City OK 73118-7901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Chase Card Services                    Georgia Department of Revenue
PO Box 15548                           Arcs Bankruptcy
Wilmington, DE  19886-5548             1800 Century Blvd NE Ste 9100
                                       Atlanta, GA  30345-3202
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)FirstBank                           (u)LAKEVIEW LOAN SERVICING, LLC      (u)Santander Consumer USA, Inc., successor in
```

```
End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40
```

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 19-41069-pwb

Charles Pernell Cleary                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6                    User: bncadmin                              Page 1 of 3
Date Rcvd: Oct 31, 2023                 Form ID: pdf443                        Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Charles Pernell Cleary, 539 Carbondale Rd SW, Dalton, GA 30721-5310 |
| | + | Charles Pernell Cleary, 539 Carbondale Rd., Dalton, GA 30721-5310 |
| | | Michael D. Hurtt, Hurtt & Johnson, LLC, 215 W. Gordon Street, P.O. Box 1304, Dalton, GA 30722-1304 |
| 22425236 | + | FirstBank, Attn: Trish Brasher, PO Box 388, Lexington, TN 38351-0388 |
| 22319772 | | Gateway Lending, 160 N Riverview Dr Ste 100, Anaheim, CA 92808-2293 |
| 22319777 | | Parnell & Parnell Attorneys at Law, PO Box 2189, Montgomery, AL 36102-2189 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Oct 31 2023 20:33:00 | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| | + | Email/Text: ebn@atlch13tt.com | Oct 31 2023 20:33:00 | Chapter 13 Trustee, 285 Peachtree Center Avenue, NE, Suite 1600, Atlanta, GA 30303-1229 |
| cr | + | Email/Text: jaxbanko@td.com | Oct 31 2023 20:32:00 | TD Auto Finance, LLC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 22319766 | ^ | MEBN | Oct 31 2023 20:27:29 | Aldridge Pite, Haan, LLP, PO Box 52815, Atlanta, GA 30355-0815 |
| 22319767 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2023 20:41:30 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 22366375 | | Email/PDF: bncnotices@becket-lee.com | Oct 31 2023 20:41:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 22445849 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 31 2023 20:41:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 22319769 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 31 2023 20:30:10 | Capital One Bank USA N.A, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 22319771 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 31 2023 20:41:30 | Citibank, N.A., Attn: Bankruptcy Dept., PO Box 6000, Sioux Falls, SD 57117-6000 |
| 22319773 | | Email/Text: brnotices@dor.ga.gov | Oct 31 2023 20:33:00 | Georgia Department of Revenue, Arcs Bankruptcy, 1800 Century Blvd NE Ste 9100, Atlanta, GA 30345-3202 |
| 22319774 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 31 2023 20:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 22319770 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

| District/off: 113E-6 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 31, 2023 | Form ID: pdf443 | Total Noticed: 29 |

| Recip ID | | Notice Type | Oct 31 Timestamp | Name and Address |
|---|---|---|---|---|
| | | | Oct 31 2023 20:41:24 | Chase Card Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 22368137 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Oct 31 2023 20:32:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 22397821 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 31 2023 20:41:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 22319775 | | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Oct 31 2023 20:33:00 | Lakeview Loan Servicing, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 22468476 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Oct 31 2023 20:33:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach VA 23452-4262 |
| 22319776 | ^ | MEBN | | |
| | | | Oct 31 2023 20:28:22 | MRS BPO, LLC, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 22319778 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Oct 31 2023 20:41:19 | Pay Pal Credit, Attn: Bankruptcy Dept., PO Box 5138, Timonium, MD 21094-5138 |
| 23013518 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Oct 31 2023 20:33:00 | Santander Consumer USA, Inc.,, successor in interest to, Gateway One Lending & Finance, LLC, (Gateway), P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 22319779 | | Email/Text: jaxbanko@td.com | | |
| | | | Oct 31 2023 20:32:00 | TD Auto Finance, PO Box 16035, Lewiston, ME 04243-9517 |
| 22351611 | + | Email/Text: jaxbanko@td.com | | |
| | | | Oct 31 2023 20:32:00 | TD Auto Finance, LLC, C/o Robert J. Fehse, Esq., 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 22324571 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | | |
| | | | Oct 31 2023 20:33:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 22459752 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Oct 31 2023 20:41:19 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Santander Consumer USA, Inc., successor in interes |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| ust | *+ | Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3315 |
| spc | ##+ | Thomas C Causby, Morris & Dean, LLC, 101 E. Crawford Street, #300, Dalton, GA 30720-3208 |
| 22319768 | ##+ | Atlantic Capital, 3525 Piedmont Rd NE # 7, Atlanta, GA 30305-7031 |
| 22362589 | ##+ | Gateway One Lending & Finance, LLC, 175 N Riverview Drive, Anaheim, CA 92808-1225 |

TOTAL: 1 Undeliverable, 15 Duplicate, 3 Out of date forwarding address

District/off: 113E-6                          User: bncadmin                                    Page 3 of 3
Date Rcvd: Oct 31, 2023                       Form ID: pdf443                               Total Noticed: 29

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Clark Guthrie | on behalf of Trustee Mary Ida Townson courtdailysummary@atlch13tt.com |
| Cory Patrick Sims | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC csims@alaw.net, anhsalaw@infoex.com |
| David G Mangum | on behalf of Creditor FirstBank davidmangum@davidmangum.com |
| Jeffrey W. Maddux | on behalf of Creditor FirstBank jmaddux@chamblisslaw.com lthreadgill@chamblisslaw.com;mculp@chamblisslaw.com;sbarham@chamblisslaw.com;ktaubert@chamblisslaw.com;ttucker@chamblisslaw.com;gchambers@chamblisslaw.com;cgarrett@chamblisslaw.com |
| Justin Plean | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC justin.plean@qpwblaw.com |
| K. Edward Safir | info@atlch13tt.com |
| Michael D. Hurtt | on behalf of Debtor Charles Pernell Cleary hurttnotices@windstream.net;hurttecfnotices@gmail.com;21431@notices.nextchapterbk.com |
| Robert J. Fehse | on behalf of Creditor TD Auto Finance  LLC rfehse@evanspetree.com, sbruce@evanspetree.com |
| Shannon Leigh Troutman | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkga@albertellilaw.com;stroutman@alaw.net |

TOTAL: 9